CHARLES G. HOFFMAN v. SUPERIOR LAMP AND AUTOMOTIVE EQUIPMENT CO., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal to be filed so appeal can be argued or submitted on May 2, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of LIVINGSTON PLATT, as Executor, etc., of ALICE C. MARTIN, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT GALSTON, Respondent, v. ARTHUR I. LUDWIG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JAMES D. BARTON, Appellant, v. EARL CARROLL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JAMES D. BARTON, Appellant, v. EARL CARROLL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JAMES D. BARTON and BARTWALL PRODUCTIONS, INC., Appellants, v. EARL CARROLL and Others, Respondents.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MENDEL GLICKMAN, Respondent, v. FRIEDMAN LEASING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

4274 THIRD AVENUE CORPORATION, Respondent, v. PAOLO ORLANDO and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

TESSIE ZINN, Appellant, v. JESSE WASSERMANN, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MABEL E. BISHOP, an Incompetent, by ROSALIE PETERS, Her Guardian ad Litem, Respondent, v. GODWIN CONSTRUCTION CO., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH LICHT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SPEAR BOX COMPANY, INC., Appellant, v. CHARLES A. FOX BOX CO., INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.